FILED
UNITED STATES
BANKRUPTCY COURT

2011 MAR 10 AM 8:47

DISTRICT OF UTAH

Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | |
|---|---|
| **Kimberly Susan Hicken**<br>SSN: XXX-XX-7863<br><br>Debtor(s) | Case No. 09-34084 JTM<br>Chapter 7 |

### NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE
### UNITED STATES BANKRUPTCY COURT REGISTRY

Elizabeth R. Loveridge, the duly appointed and acting trustee in the above-captioned bankruptcy estate, pursuant to Rule 3010, Rules of Bankruptcy Procedure, hereby gives notice of payment of small dividends in to the United States Bankruptcy Court registry and represents to the Court that:

1. On March 8, 2011, the Court approved the trustee's final report and proposed distribution.

2. Pursuant to the proposed distribution, the following are the unsecured creditors having dividends less than $5.00:

T:\HickenNoticeofPymtSmDividends                                              1

| Claim No. | Creditor's name | Creditor's Address | Proposed Payment |
|---|---|---|---|
| 4A. | IRS<br>Attn Special Procedures | Mailstop 5021<br>50 S 200 E<br>Salt Lake City, UT 84111 | $0.43 |

3. These funds are on deposit in Bank of America, account number 4437801001.

4. A check in the amount of Forty-Three ($0.43), representing said funds has been made payable to the Clerk, U.S. Bankruptcy Court and is attached hereto.

**DATED** March 9, 2011

Woodbury & Kesler, P.C.

Elizabeth R. Loveridge
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2011, I caused a true and correct copy of the foregoing **NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY** to be mailed, postage prepaid, to:

>Office of the United States Trustee
>Attn: Rayla Meyer
>Ken Garff Building
>405 South Main Street
>Suite 300
>Salt Lake City, UT 84111
>
>Kimberly Susan Hicken
>1362 East 8850 South
>Sandy, UT 84093-1569
>
>Jody L. Howe
>Utah Bankruptcy Professionals, P. C.
>9227 South 1300 East
>Sandy, UT 84094